# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HATTIE BLUE, et al.,

    Plaintiffs,

v.

PAMELA SMITH, et al.,

    Defendants.

Case No.: 2:20-cv-00401-GMN-NJK

**ORDER**

(Docket No. 27)

Pending before the Court is Plaintiffs' motion to extend time for service. Docket No. 27. Plaintiffs request an additional thirty days to complete service on Defendants Invo Holdings, LLC and Progressus, Inc. *Id.* at 10-13.

For good cause shown, the Court **GRANTS** Plaintiff's motion. Docket No. 27. Plaintiffs must perfect service on Defendants Invo Holdings, LLC and Progressus, Inc. no later than July 18, 2020.

IT IS SO ORDERED.

Dated: May 26, 2020

Nancy J. Koppe
United States Magistrate Judge

1