ADAM GANZ, ESQ
Nevada Bar No. 6650
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HATTIE BLUE, individual and natural parent and SUSAN HOY as Guardian Ad Litem for J.B., a minor; <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SMITH, in her official capacity; STEPHANIE GARNI, in her officer capacity; KATHY KONOWALOW, in her official capacity; PAT SKORKOWSKY, in his official capacity; VAIL PITTMAN ELEMENTARY SCHOOL; CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; PROGRESSUS THERAPY, LLC, a Foreign Limited-Liability Company; INVO HOLDINGS, LLC, a domestic Limited-Liability Company; PROGRESSUS, INC., a Florida Corporation; DOES I through X, inclusive; and ROES I through X, inclusive; <br><br> Defendants. | CASE NO:   2:20-cv-00401-GMN-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS** <br><br> **(1ST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs to file their response to Defendants, STEPHANIE GARNI, KATHY KONOWALOW, PAT SKORKOWSKY, VAIL PITTMAN ELEMENTARY SCHOOL and CLARK COUNTY SCHOOL DISTRICT'S Motion to Dismiss (ECF No.: 25) be extended from June 2, 2020, to June 5, 2020.

…

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1 of 2

This extension is requested in good faith and not for the purpose of delay. As a result of COVID-19 restrictions, additional time is needed to compile exhibits and obtain supporting affidavits to accompany Plaintiffs' response.

Dated this 28th day of May, 2020.                              Dated this 28th day of May, 2020.

GANZ & HAUF                                                    GREENBERG TAURIG, LLP

/s/ Marjorie Hauf, Esq.                                        /s/ Kara Hendricks, Esq.

MARJORIE HAUF ESQ.                                             KARA HENDRICKS, ESQ.
Nevada Bar No. 8111                                            Nevada Bar No. 7743
8950 W. Tropicana Ave. #1                                      10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89147                                            Las Vegas, NV 89135
Attorney for Plaintiffs                                        Attorneys for Defendants Clark County School
                                                               District, Stephanie Garni, Kathy Konowalow, Pat
                                                               Skorkowsky, and Vail Pittman Elementary School

**IT IS SO ORDERED.**

Dated this __28__ day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court



8950 W. Tropicana Ave., #1
Las Vegas, NV  89147
Phone: (702) 598-4529
Fax: (702) 598-3626