| | |
|---|---|
| 1 | Marjorie L. Hauf, Esq. |
| | Nevada Bar No.: 8111 |
| 2 | Matthew G. Pfau, Esq. |
| | Nevada Bar No.: 11439 |
| 3 | H&P LAW |
| | 8950 W Tropicana Ave., #1 |
| 4 | Las Vegas, NV 89147 |
| | 702 598 4529 TEL |
| 5 | 702 598 3626 FAX |
| | mhauf@courtroomproven.com |
| 6 | matt@courtroomproven.com |
| | Attorneys for Plaintiffs, |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| **HATTIE BLUE**, individual and natural parent and **SUSAN HOY** as Guardian Ad Litem for **J.B.**, a minor; <br><br> Plaintiff, <br><br> vs. <br><br> **PAMELA SMITH**, in her official capacity; **STEPHANIE GARNI**, in her officer capacity; **KATHY KONOWALOW**, in her official capacity; **PAT SKORKOWSKY**, in his official capacity; **VAIL PITTMAN ELEMENTARY SCHOOL**; **CLARK COUNTY SCHOOL DISTRICT**, a Political Subdivision of the State of Nevada; **PROGRESSUS THERAPY, LLC**, a Foreign Limited-Liability Company; **INVO HOLDINGS, LLC**, a domestic Limited-Liability Company; **PROGRESSUS, INC.**, a Florida Corporation; DOES I through X, inclusive; and ROES I through X, inclusive; <br><br> Defendants. | CASE NO: 2:20-cv-00401-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANTS PROGRESSUS THERAPY, LLC., and INVO HOLDINGS, LLC'S MOTION TO DISMISS** <br><br> **(1ST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs to file their response to Defendants, PROGRESSUS THERAPY, LLC and INVO HOLDINGS, LLC'S Motion to Partially Dismiss Plaintiffs' First Amended Complaint (ECF No.: 49) be extended from July 31, 2020, to August 7, 2020.

…

1  This extension is requested in good faith and not for the purpose of delay. As a result of
2  COVID-19 restrictions, additional time is needed to compile exhibits and obtain supporting
3  affidavits to accompany Plaintiffs' response.

Dated this 23rd day of July, 2020.                Dated this 23rd day of July, 2020.

H&P LAW                                           WINSTON & STRAWN LLP

/s/ Marjorie Hauf, Esq.                           /s/ Monique Ngo-Bonnici, Esq.
_____                           _____
MARJORIE HAUF ESQ.                                MONIQUE NGO-BONNICI, ESQ.
Nevada Bar No. 8111                               California Bar No. 328645 (pro hac vice)
8950 W. Tropicana Ave. #1                         333 S. Grand Avenue, 38th Floor
Las Vegas, NV 89147                               Los Angeles, CA 90071
Attorney for Plaintiffs                           Attorneys for Defendants Invo Holdings, LLC
                                                  and Progressus Therapy, LLC

Dated this 23rd day of July, 2020.

MCNUTT LAW FIRM, P.C.

/s/ Daniel R. McNutt, Esq.
_____
Daniel R. McNutt, Esq.
Nevada Bar No. 7815
625 South Eighth Street
Las Vegas, Nevada 89101

IT IS SO ORDERED.

Dated this 27 day of ____July____, 2020.

_____
UNITED STATES DISTRICT JUDGE

– 2 –

STIPULATION AND ORDER