# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HATTIE BLUE, et al.,

    Plaintiffs,

v.

PAMELA SMITH, et al.,

    Defendants.

Case No.: 2:20-cv-00401-GMN-NJK

**ORDER**

[Docket No. 66]

    Pending before the Court is Plaintiffs' motion to extend time for service. Docket No. 66. Plaintiffs request an additional thirty days to complete service on Defendant Progressus, Inc. *Id.* at 6–8.

    For good cause shown, the Court **GRANTS** Plaintiff's motion. Docket No. 66. Plaintiffs must perfect service on Defendant Progressus, Inc. no later than October 5, 2020.

    IT IS SO ORDERED.

    Dated: September 2, 2020

                                                          Nancy J. Koppe
United States Magistrate Judge

1