MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:   (702) 792-3773
Fax:   (702) 792-9002
Email: ferrariom@gtlaw.com
          hendricksk@gtlaw.com
          welchkirmsew@gtlaw.com

*Attorneys for Defendants Clark County School District, Stephanie Garni, Kathy Konowalow, Pat Skorkowsky, and Vail Pittman Elementary School*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HATTIE BLUE, individual and natural parent and SUSAN HOY as Guardian Ad Litem for J.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA SMITH, in her official capacity; STEPHANIE GARNI, in her officer capacity; KATHY KONOWALOW, in her official capacity; PAT SKORKOWSKY, in his official capacity; VAIL PITTMAN ELEMENTARY SCHOOL; CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; PROGRESSUS THERAPY, LLC, a Foreign Limited-Liability Company; INVO HOLDINGS, LLC, a domestic Limited-Liability Company; PROGRESSUS, INC, a Florida Corporation; DOES I through X, inclusive; and ROES I through X, inclusive,<br><br>Defendants. | CASE NO.  2:20-CV-00401-GMN-NJK<br><br><br>**STIPULATION AND REQUEST TO STAY LITIGATION PENDING SATISFACTION OF SETTLEMENT TERMS AND EXECUTION OF SETTLEMENT AGREEMENT** |

/ / /

*ACTIVE 49087427v1*

By and among counsel for Plaintiffs Hattie Blue and Susan Hoy, Guardian Ad Litem for J.B., a minor, counsel for Defendants Clark County School District ("CCSD"), Stephanie Garni, Kathy Konowalow, Pat Skorkowsky, and Vail Pittman Elementary School, counsel for Defendants Invo Holdings, LLC and Progressus Therapy, LLC, and counsel for Defendant Pamela Smith, (collectively the "Parties") hereby request that the Court stay this matter while the Parties work on satisfying agreed-upon settlement terms. The Parties state as follows:

1. On October 16, 2020, the Parties reached a preliminary agreement of settlement terms.

2. A stay in this matter will allow the Parties the opportunity to satisfy preliminary terms of the settlement, including finalizing the settlement agreement, and seeking Court approval regarding the Minor's Compromise, prior to dismissing this matter.

3. The Parties stipulate that this case be stayed and that the deadline for any action required to be taken by any party be tolled until further order of the court.

4. The Parties request that a status check be set for ninety (90) days.

5. This stipulation is made in good faith to allow the Parties to make diligent and sincere efforts to resolve the matter without further involvement for the Court and is not for the purpose of causing any undue delay.

**IT IS SO STIPULATED.**

DATED this 17th day of November, 2020.

**GREENBERG TRAURIG, LLP**

 /s/ Whitney L. Welch-Kirmse
MARK F. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Clark County School District, Stephanie Garni, Kathy Konowalow, Pat Skorkowsky, and Vail Pittman Elementary School*

DATED this 17th day of November, 2020.

**H&P LAW**

 /s/ Marjorie L. Hauf
MARJORIE L. HAUF
Nevada Bar No. 8111
MATTHEW G. PFAU
Nevada Bar No. 11439
8950 West Tropicana Avenue, Suite 1
Las Vegas, NV 89147

*Attorneys for Plaintiff*

1  DATED this 17th day of November, 2020.     DATED this 17th day of November, 2020.

2  **WINSTON & STRAWN, LLP**                  **LIPSON NEILSON**

4  /s/ Zarouhi Papazyan                       /s/ Julie Funai
MONIQUE NGO-BONNICI (*Pro Hac Vice*)          JULIE FUNAI
Cal. Bar No. 241315                           Nevada Bar No. 8725
ZAROUHI PAPAZYAN (*Pro Hac Vice*)             9900 Covington Cross, Suite 120
Cal Bar No. 328645                            Las Vegas, NV 89144
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071                         *Attorneys for Defendant Pamela Smith*

*Attorneys for Defendants Invo Holdings, LLC and Progressus Therapy, LLC*

## ORDER

In consideration of the stipulation by the Parties, and with good cause appearing,

IT IS SO ORDERED.

DATED this ___17___ day of November, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT