# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HATTIE BLUE, et al., <br>     Plaintiffs, <br> v. <br> PAMELA SMITH, et al., <br>     Defendants. | Case No. 2:20-cv-00401-GMN-NJK <br><br> **ORDER** |

    On March 9, 2021, the parties filed a status report regarding settlement. Docket No. 84. No later than August 13, 2021, and every 30 days thereafter, the parties must file either dismissal papers or a status report regarding the proceedings in state court.

    IT IS SO ORDERED.

    Dated: August 3, 2021

                                                    _____
                                                  Nancy J. Koppe
                                                  United States Magistrate Judge