MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:   (702) 792-3773
Facsimile:    (702) 792-9002
Email: ferrariom@gtlaw.com
            hendricksk@gtlaw.com
            welchkirmsew@gtlaw.com

*Attorneys for Defendants Clark County School District, Stephanie Garni, Kathy Konowalow, Pat Skorkowsky, and Vail Pittman Elementary School*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HATTIE BLUE, individual and natural parent and SUSAN HOY as Guardian Ad Litem for J.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA SMITH, in her official capacity; STEPHANIE GARNI, in her officer capacity; KATHY KONOWALOW, in her official capacity; PAT SKORKOWSKY, in his official capacity; VAIL PITTMAN ELEMENTARY SCHOOL; CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; PROGRESSUS THERAPY, LLC, a Foreign Limited-Liability Company; INVO HOLDINGS, LLC, a domestic Limited-Liability Company; PROGRESSUS, INC, a Florida Corporation; DOES I through X, inclusive; and ROES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:20-CV-00401-GMN-NJK<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

It is hereby STIPULATED AND AGREED between Plaintiffs Hattie Blue and Susan Hoy, Guardian Ad Litem for J.B., a minor, Defendants Clark County School District, Stephanie Garni, Kathy Konowalow, Pat Skorkowsky, and Vail Pittman Elementary School, Defendants Invo Holdings, LLC, Progressus Therapy, LLC, and Progressus, Inc., and Defendant Pamela Smith, (collectively the "Parties"), by and through their attorneys of record that, in accordance with Fed.R.Civ.P. 41(a)(2), all claims asserted against Defendants herein are dismissed with prejudice with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 11th day of October 2021.                          DATED this 11th day of October 2021.

**GREENBERG TRAURIG, LLP**                                    **H&P LAW**

/s/ Kara B. Hendricks                                         /s/ Marjorie L. Hauf

MARK F. FERRARIO                                              MARJORIE L. HAUF
Nevada Bar No. 1625                                           Nevada Bar No. 8111
KARA B. HENDRICKS                                             MATTHEW G. PFAU
Nevada Bar No. 7743                                           Nevada Bar No. 11439
WHITNEY L. WELCH-KIRMSE                                       8950 West Tropicana Avenue
Nevada Bar No. 12129                                          Suite 1
10845 Griffith Peak Drive, Suite 600                          Las Vegas, Nevada  89147
Las Vegas, Nevada  89135

*Attorneys for Clark County School District,*                 *Attorneys for Plaintiff*
*Stephanie Garni, Kathy Konowalow, Pat*
*Skorkowsky, and Vail Pittman Elementary*
*School*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 11th day of October 2021.

**WINSTON & STRAWN, LLP**

*/s/ Monique Ngo-Bonnici*

MONIQUE NGO-BONNICI
(*Pro Hac Vice*)
Cal. Bar No. 241315
ZAROUHI PAPAZYAN (*Pro Hac Vice*)
Cal Bar No. 328645
333 S. Grand Avenue, 38th Floor
Los Angeles, California  90071

*Attorneys for Defendants Invo Holdings, LLC,* Progressus, Inc., *and Progressus Therapy, LLC*

DATED this 11th day of October 2021.

**LIPSON NEILSON**

*/s/ Jonathan K. Wong*

JONATHAN K. WONG
Nevada Bar No. 13621
9900 Covington Cross
Suite 120
Las Vegas, Nevada  89144

*Attorneys for Defendant Pamela Smith*

**ORDER**

In consideration of the stipulation by the Parties, and with good cause appearing**,**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this   12   day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 3 -

ACTIVE 60478023v1